UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SEAN MICHAEL RYAN, # 787263,  )<br>          Plaintiff,                             )<br>                                                     )<br>-v-                                                )<br>                                                     )<br>ROGER GERLACH, M.D.,             )<br>          Defendant.                         )<br>_____ ) | No. 1:14-cv-511<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having resolved all pending claims and having dismissed all defendants, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   September 4, 2015                                    /s/ Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge